# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AT&T Corp., AT&T Communications LLC,
AT&T Mobility LLC, AT&T Mobility II LLC,
AT&T Services Inc., Nokia of America
Corporation (Counterclaim Plaintiffs)

v.

Atlantic IP Services Limited (Counterclaim Defendant)

Civ. No. 2:23-cv-00231

AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendant  Atlantic IP Services Limited  was served by the following method:

via a process server on an officer of the company in the United States as set forth in the Return and Proof of Service. See Dkt. 101. Atlantic IP Services Limited was also served at its corporate headquarters in Dublin, Ireland via overnight, first-class mail, signature required. See Exhibit 2 (attached hereto).

I further certify that the defendant has failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; the defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case. Therefore, the Clerk is requested to enter a default against said defendant.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:
08/20/2024

/s/ M. Scott Stevens
Plaintiff or Attorney for Plaintiff

N.C. Bar No. 37828
Bar No.

1120 South Tryon Street, Suite 300
Address

Charlotte, NC 28203-6818