IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IARNACH TECHNOLOGIES LTD., <br> *Plaintiff*, <br> v. <br> AT&T CORP., AT&T COMMUNICATIONS LLC, AT&T MOBILITY LLC, AT&T MOBILITY II LLC, and AT&T SERVICES INC., <br> *Defendants*, <br> NOKIA OF AMERICA CORPORATION, <br> *Intervenor*, <br> v. <br> ATLANTIC IP SERVICES LIMITED, <br> *Counterclaim Defendant*. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00231-JRG |

**ORDER**

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Iarnach Technologies, Ltd. ("Plaintiff"), Atlantic IP Services Ltd. ("Atlantic"), AT&T Ventures, LLC, AT&T Enterprises, LLC, AT&T Mobility II LLC, AT&T Mobility LLC, AT&T Services, Inc., AT&T Communications LLC, AT&T Corp. (collectively, "AT&T"), and Nokia of America Corporation ("Nokia" and with Plaintiff, Atlantic, and AT&T, the "Parties").[1] (Dkt. No. 186.) In the Stipulation, "Nokia, AT&T, and Iarnach dismiss all remaining claims without prejudice. All parties will bear their own costs and fees associated with these dismissals." (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all remaining claims and counterclaims asserted in the above-captioned case are **DISMISSED**

---

[1] The Stipulation does not expressly state that it is filed pursuant to Rule 41(a)(1)(A)(ii). However, because the Stipulation was agreed to by all Parties, the Court interprets the Stipulation as a request to dismiss pursuant to Rule 41(a)(1)(A)(ii).

**WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 24th day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE